```
                          3RD DISTRICT COURT
                    SALT LAKE COUNTY, STATE OF UTAH

              GEORGE ROLLAN FELL et al. vs. ALCO CAPITAL GROUP LLC
 CASE NUMBER 200901991 Miscellaneous
_____

CURRENT ASSIGNED JUDGE
        LAURA SCOTT


PARTIES
        Plaintiff - GEORGE ROLLAN FELL
        Represented by: TYLER AYRES


        Plaintiff - KELLY MOLYNEUX
        Represented by: TYLER AYRES


        Plaintiff - BECKY CURTIS
        Represented by: TYLER AYRES


        Defendant - ALCO CAPITAL GROUP LLC
        Represented by: GREGORY M CONSTANTINO



ACCOUNT SUMMARY
                Total Revenue Amount Due:          618.75
                            Amount Paid:           618.75
                          Amount Credit:             0.00
                                Balance:             0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                    Original Amount Due:           360.00
                     Amended Amount Due:           360.00
                            Amount Paid:           360.00
                          Amount Credit:             0.00
                                Balance:             0.00


        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                    Original Amount Due:           250.00
                     Amended Amount Due:           250.00
                            Amount Paid:           250.00
                          Amount Credit:             0.00
                                Balance:             0.00


        REVENUE DETAIL - TYPE: COPY FEE
                    Original Amount Due:             8.75
                     Amended Amount Due:             8.75
                            Amount Paid:             8.75
```

```
CASE NUMBER: 200901991 Miscellaneous
                    Amount Credit:         0.00
                          Balance:         0.00


CASE NOTE


PROCEEDINGS
03-10-2020   Filed: Complaint
03-10-2020   Case filed by efiler
03-10-2020   Fee Account created Total Due: 360.00
03-10-2020   Fee Account created
03-10-2020   Fee Account created Total Due: 250.00
03-10-2020   Fee Account created
03-10-2020   COMPLAINT - NO AMT S   360.00
03-10-2020   JURY DEMAND - CIVIL    250.00
03-10-2020   Judge LAURA SCOTT assigned.
03-10-2020   Filed: Return of Electronic Notification
03-11-2020   Fee Account created Total Due: 8.75
03-11-2020   Fee Account created
03-11-2020   COPY FEE   8.75
03-16-2020   Note: Tyler Ayres has been advised to submit a Request for Data
             Correction to add the middle name of one of the PLA's. LAH
03-19-2020   Filed: Request for Data Correction
03-19-2020   Filed: Return of Electronic Notification
04-06-2020   Filed: Appearance of Counsel/Notice of Limited Appearance
04-06-2020   Filed: Return of Electronic Notification
04-06-2020   Filed: Notice to Adverse Party of Removal
04-06-2020   Filed: Return of Electronic Notification
04-06-2020   Case Disposition is Removed Fed Court
             Disposition Judge is LAURA SCOTT
```